IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CEDRIC BERNARD PICKARD, | : | |
| Petitioner | : | |
| VS. | : | NO. 5:05-cv-64(CAR) |
| PAUL THOMPSON, | : | |
| Respondent | : | **O R D E R** |

Petitioner **CEDRIC BERNARD PICKARD** has filed a notice of appeal and an application for certificate of appealability ("COA") from the Court's June 24, 2005, order, which adopted Magistrate Judge Claude W. Hicks's recommendation that petitioner's 28 U.S.C. § 2254 motion be denied.

To permit the petitioner to prosecute his appeal of the judgment of this Court denying his habeas petition, this Court is required to issue a COA. 28 U.S.C. § 2253(c); *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in Magistrate Judge Hicks's recommendation and this Court's order accepting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

Also before the court is petitioner's motion for leave to proceed *in forma pauperis* on appeal (Tab # 22). Said motion is **DENIED AS MOOT**.

**SO ORDERED**, this 21st day of July, 2005.

s/ C. Ashley Royal
**C. ASHLEY ROYAL**
**UNITED STATES DISTRICT JUDGE**

cr